Robert CUMMINGS, Plaintiff—
Appellant,

v.

James RUBENSTEIN, Commissioner of
Corrections; Thomas McBride, War-
den; Jennifer Ballard; Tim Creasey,
Magistrate; Lee Estep; Beverly C.
Gandee, Defendants—Appellees.

No. 04–7648.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 25, 2005.

Decided March 10, 2005.

Robert Cummings, Appellant pro se.

Charles Patrick Houdyschell, Jr., West
Virginia Division of Corrections, Charles-
ton, West Virginia, for Appellees.

Before WILKINSON, WILLIAMS, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Robert Cummings appeals the district
court's order dismissing without prejudice
under 28 U.S.C. § 1915A(b) (2000) his
complaint filed under 42 U.S.C. § 1983
(2000). The district court referred this
case to a magistrate judge pursuant to 28
U.S.C. § 636(b)(1)(B) (2000). The magis-
trate judge recommended that relief be
denied and advised Cummings that failure
to file timely objections to this recommen-
dation could waive appellate review of a
district court order based upon the recom-
mendation. Despite this warning, Cum-
mings failed to specifically object to the
magistrate judge's recommendations to
deny his Eighth Amendment claim and to
dismiss some of the claims raised in the
motion to amend for failure to exhaust
administrative remedies.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned that
failure to object will waive appellate re-
view. See Wright v. Collins, 766 F.2d 841,
845–46 (4th Cir.1985); see also Thomas v.
Arn, 474 U.S. 140, 106 S.Ct. 466, 88
L.Ed.2d 435 (1985); United States v. One
Parcel of Real Prop., 73 F.3d 1057, 1060
(10th Cir.1996) (collecting cases finding
general objection insufficient). Cummings
has waived appellate review of those issues
by failing to file specific objections after
receiving proper notice.

Turning to the only issue preserved for
appellate review,* we have reviewed the
record and find no reversible error in the
district court's dismissal of Cummings'
First Amendment claim. Accordingly, we
affirm for the reasons stated by the dis-
trict court. See Cummings v. Rubenstein,
No. CA–03–2195–5 (S.D.W.Va. Sept. 30,
2004). We dispense with oral argument
because the facts and legal contentions are

---

* We note that Cummings failed to challenge in his informal brief on appeal the basis for the district court's dismissal of his due process claims or his retaliation claims. Accordingly, he has waived appellate review of those is- sues. 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief.").

adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*